THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT 
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 
 
 
 
 Christopher Davis, Appellant,
 
 
 

v.
 
 
 
 
 Nationwide Mutual Insurance Company, Respondent. 
 
 
 

Appeal From Greenville County
  Edward W. Miller, Circuit Court Judge

Unpublished Opinion No.  2004-UP-609
 Submitted November 10, 2004  Filed December 7, 2004

REVERSED

 
 
 
 
 Randall L. Chambers, of Greenville, for Appellant.
 J. R. Murphy, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Christopher Davis appeals the 
 trial courts grant of summary judgment to Nationwide Mutual Insurance Company 
 on the issue of whether Davis may recover uninsured motorist (UIM) benefits 
 under an insurance policy.  We reverse. 
 [1] 
LAW/ANALYSIS
We reverse pursuant to the following authority: 
 Burgess v. Nationwide Mutual Insurance, Op. No. 3863 (S.C. Ct. App. filed 
 Sept. 7, 2004) (Shearouse Adv. Sh. No. 35 at 43) (holding that section 38-77-160 
 of the South Carolina Code (2002) does not allow the exclusion or restriction 
 of basic UIM coverage, UIM coverage is personal and portable, and the policy 
 provision limiting UIM coverage to the lesser of the coverage limits under the 
 policy or the coverage limits on the vehicle involved in the accident exceeds 
 the limitations allowed by section 38-77-160 and is therefore inconsistent with 
 public policy and void.)
REVERSED.
STILWELL and SHORT, JJ., and CURETON, A.J., concur.

 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.